IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORA SMITH**                                                **PLAINTIFFS**

**VS.**                                          **CIVIL ACTION NO. 4:17cv00136-DMB-JMV**

**FOOD GIANT SUPERMARKETS, INC.,**
*doing business as Food Giant doing*
*business as Big Star*, **et al.**                                      **DEFENDANTS**

## ORDER

Before the court is a Second Motion to Substitute Party [27], filed by counsel for Plaintiff Cora Smith on behalf of Prentiss Smith, Plaintiff's duly appointed conservator. The court has thoroughly considered the motion which is supported by copies of an Order of the Chancery Court of Carroll County and Letters of Conservatorship that show that Prentiss Smith was appointed conservator for Plaintiff on April 3, 2018, because of Plaintiff's mental and physical infirmities. No objection to the instant motion having been filed, it is ORDERED that the same is granted pursuant to FED.R.CIV. P. 25(b). Accordingly, the Clerk is directed to promptly change the record to reflect that Prentiss Smith in his capacity as Conservator for Cora Smith is substituted in the place of Cora Smith as the Plaintiff herein.

SO ORDERED this 19th day of April, 2018.

                                                           /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE